IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RITA SMITH                                                                                              PLAINTIFF

V.                          CASE NO. 3:08CV00050 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the opinion of the court.

SO ADJUDGED this 29th day of April, 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE